# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DONNA R. GALLMAN, | ) Civil Action No. 5:12-cv-2979 DCN |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney fees. Plaintiff filed this petition on April 25, 2014. Defendant filed a response on May 5, 2014, stating that the parties agreed to an award of $5,503.69 in attorneys fees and $23.00 for costs and expenses under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $5,503.69 in attorney fees and $23.00 for costs and expenses under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

May 7, 2014
Charleston, South Carolina